HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00250-DAD |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| EDGAR ROSALES PENALOZA, | |
| *Defendant.* | |

Defendant, Edgar Rosales Penaloza, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On June 14, 2011, Mr. Penaloza was sentenced to 120 months in custody followed by 5 years of supervised release with conditions. He began serving his term of supervised release on May 24, 2019. Mr. Penaloza submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Penaloza Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED:  February 7, 2022                  */s/ Jerome Price*
                                          JEROME PRICE
                                          Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**February 7, 2022**__             /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE